99 F.3d 1131
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Troy R. SUTTON, Plaintiff--Appellant,
v.
Richard WYMER, courtroom bailiff of the Norfolk General
District courtroom # 6, defendant--Appellee.
 No. 96-6799.
 United States Court of Appeals, Fourth Circuit.
 Submitted Oct. 17, 1996.
Decided Oct. 24, 1996.
 
 Troy R. Sutton, Appellant Pro Se.
 E.D.Va.
 AFFIRMED.
 Before MURNAGHAN and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Sutton v. Wymer, No. CA-96-205-2 (E.D.Va. Apr. 23, 1996). We deny the motion for oral argument and dispense with argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. The motion for appointment of counsel is denied.
 
 AFFIRMED